No. 24-1590

United States Court of Appeals for the Fourth Circuit

| | |
|---|---|
| **The County Commission of Fayette County, West Virginia,** )<br>)<br>**Plaintiff-Appellant**   )<br>)<br>**v.**   )<br>)<br>**National Grid NE Holdings 2, LLC,** )<br>*et al.,*   )<br>)<br>**Defendants-Appellees**   ) | On appeal from a final judgment of the U.S. District Court for the Southern District of West Virginia No. 2:21-cv-307 |

_____

**Motion to Amend Case Caption**
_____

The Appellant, the County Commission of Fayette County, West Virginia ("County"), by counsel, and Continental Casualty Company incorrectly named as The Continental Insurance Company ("Continental"), by counsel, in accordance with Rule 27(a), move the Court to amend the case caption to include Continental as an appellee in this proceeding. In support, the Parties provide the following:

In the proceeding below, the County asserted a claim in its Second Amended Complaint (the operative pleading) against Continental (Count 8). When the County pursued the appeal of the underlying matter—which included dismissal by the lower

court of the count asserted against Continental—the County neglected to designate Continental as an appellee.

The County requests the Court modify the case caption to designate Continental as an appellee in this proceeding. For its part, Continental requests the Court grant this relief, and that it be added as an appellee.

WHEREFORE, the Parties request the Court modify the case caption in this matter to include Continental as an appellee in this matter, and that counsel for Continental be granted leave to submit a notice of representation thereafter.

Date: October 18, 2024

/s/ Michael O. Callaghan
WV Bar No. 5509
NEELY & CALLAGHAN
1337 Virginia Street East, Suite 200
Charleston, WV 25301-3011
Telephone: (304) 343-6500
Facsimile: (304) 343-6528
mcallaghan@neelycallaghan.com
Counsel for Appellants