**No. 24-1590**

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**THE COUNTY COMMISSION OF FAYETTE COUNTY, WEST VIRGINIA,**

***Plaintiff-Appellant***

**v.**

**NATIONAL GRID HOLDINGS 2, LLC, ET AL.,**

***Defendants-Appellees***

**On Appeal from a final judgment of the United States District Court for the Southern District of West Virginia, No. 2:21-cv-307**

## APPELLEES' UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF BRIEFING SCHEDULE

COME NOW the Appellees and hereby move the Court, pursuant to Local Rule 31(c), for a 14-day extension of time to file the Appellees' Opening Brief and an extension of subsequent deadlines. The current deadline is November 15, 2024, and the new deadline would be November 29, 2024. The ground for the request is to accommodate compliance with the appellate rules regarding the submission of a joint appellate brief, which requires a considerable amount of coordination because of the number of Appellees. The Appellant does not oppose the Motion.

/s/ Ancil G. Ramey
Ancil G. Ramey (WVSB #3013)
Steptoe & Johnson PLLC
P.O. Box 2195
Huntington, WV 25722-2195
P. (304) 526-8133
F. (304) 933-8738
ancil.ramey@steptoe-johnson.com
*Counsel for Century Indemnity Company, Insurance Company of North America, Pacific Employers Insurance Company, and Illinois Union Insurance Company*

/s/ M. Shane Harvey
Thomas J. Hurney, Jr. (WVSB #1833)
Robert G. McLusky (WVSB #2489)
Albert F. Sebok (WVSB #4722)
M. Shane Harvey (WVSB #6604)
Colton J. Koontz (WVSB #13845)
Jackson Kelly PLLC
P.O. Box 553
Charleston, WV25322
Telephone: (304) 340-1000
Facsimile: (304) 340-1050
thurney@jacksonkelly.com
rmclusky@jacksonkelly.com
afs@jacksonkelly.com
sharvey@jacksonkelly.com
colton.koontz@jacksonkelly.com
*Counsel for National Grid NE Holdings 2 LLC*

/s/ Harry Lee
Harry Lee
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
P. (202) 429-8112
F. (202) 429-3902
hlee@steptoe.com

Gordon L. Mowen (WVSB #12777)
Jon. B. Orndorff (WVSB #7763)
Orndroff Mowen PLLC
135 Corporate Drive, Suite 524
Scott Depot, WV 25560
P. (866) 481-2765
F. (866) 481-2700
gordon.mowen@om-pllc.com
jon.orndorff@om-pllc.com
*Counsel for Columbia Casualty Company*

/s/ Jared M. Tully
Jared M. Tulley (WVSB #9444)
Frost Brown Todd LLP
500 Virginia Street, East, Suite 1100
Charleston, WV 25301
P. (304) 345-0111
F. (304) 345-0115
jtully@fbtlaw.com
*Counsel for Zurich American Insurance Co.*

/s/ Niall A. Paul
Niall A. Paul (WVSB #5622)
Spilman Thomas & Battle, PLLC
300 Kanawha Blvd., East
Charleston, WV 25301
P. (304) 340-3874
F. (304) 340-3801
npaul@spilmanlaw.com

Howard B. Epstein
Theodore A. Keyes
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
P. (212) 756-2000
F. (212) 593-5955
howard.epstein@srz.com
theodore.keyes@srz.com
*Counsel for Associated Electric & Gas Insurance Services, Limited*

/s/ Edward P. Tiffey
Edward P. Tiffey (WVSB #6042)
Tiffey Law Practice, PLLC
205 Capitol Street
Charleston, WV 25301
P. (304) 344-3200
F. (304) 344-9919
ed@tiffeylaw.com
*Counsel for Travelers Casualty and Surety Co.*

/s/ Edward B. Parks, II
Edward Brian Parks, II
Annette Patricia Rolain
Ruggeri Parks Weinberg LLP
1875 K Street NW, Suite 600
Washington, DC 20006
P. (202) 984-1400
F. (202) 984-1401
eparks@ruggerilaw.com
arolain@ruggerilaw.com

Raj A. Shah (WVSB #11269)
Hendrickson & Long, PLLC
214 Capitol Street
Charleston, WV 25301
P. (304) 720-5516
F. (304) 346-5515
rshah@handl.com
*Counsel for Navigators Management Corporation, n/k/a Navigators Management Co., Inc.; First State Insurance Company; and Hartford Casualty Insurance Company*

/s/ J. Mark Adkins
J. Mark Adkins (WVSB #7414)
William M. Lorensen (WVSB #13223)
Bowles Rice LLP
600 Quarrier Street
Charleston, WV 25301
P. (304) 347-1768
F. (304) 347-1756
madkins@bowlesrice.com
wlorensen@bowlesrice.com
*Counsel for Pardee and Curtin Realty LLC*

/s/ J. Tyler Mayhew
J. Tyer Mayhew (WVSB #11469)
Bowles Rice LLP
101 S. Queen Street
Martinsburg, WV 25402
P. (304) 264-4209
F. (304) 267-3822
tmayhew@bowlesrice.com

Stuart A. McMillan (WVSB #6352)
Joshua A. Lanham (WVSB #13218)
Bowles Rice LLP
600 Quarrier Street
Charleston, WV 25301
P. (304) 347-1110
F. (304) 347-1756
smcmillan@bowlesrice.com
jlanham@bowlesrice.com
*Counsel for Quercus West Virginia, LLC*

**No. 24-1590**

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| **THE COUNTY COMMISSION OF FAYETTE COUNTY, WEST VIRGINIA,**<br><br>***Plaintiff-Appellant***<br>**v.**<br><br>**NATIONAL GRID HOLDINGS 2, LLC, ET AL.,**<br><br>***Defendants-Appellees*** | **On Appeal from a final judgment of the United States District Court for the Southern District of West Virginia, No. 2:21-cv-307** |

**CERTIFICATE OF SERVICE**

I, Ancil G. Ramey, hereby certify that on November 12, 2024, I served the preceding APPELLEES' UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF BRIEFING SCHEDULE upon counsel of record by electronically filing the same with the Clerk of this Court using the CM/ECF system which will send notification of such filing to counsel.

/s/ Ancil G. Ramey
Ancil G. Ramey (WVSB #3013)
Steptoe & Johnson PLLC
P.O. Box 2195
Huntington, WV 25722-2195
P. (304) 526-8133
F. (304) 933-8738
ancil.ramey@steptoe-johnson.com
Counsel for Century Indemnity Company, Insurance Company of North America, Pacific Employers Insurance Company, and Illinois Union Insurance Company